# EXHIBIT A



# COPY OF REGISTRATION

# TX 5-787-679

NOTE:  due to the nature of the storage medium (imaging system), the attached photocopies are the best possible copies available.

# FORM TX

**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE



127916462

**TX 5-787-679**

TX0005787679

EFFECTIVE DATE OF REGISTRATION

6 / 11 / 2003

Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

UnixWare 7 1 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial  or collection, give information about the collective work in which the contribution appeared   **Title of Collective Work ▼**

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**NAME OF AUTHOR ▼**

The SCO Group  Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U S
Domiciled in ▶ U S

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is Yes  see questions instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
computer program

**NOTE**

Under the law the author of a work made for h re  s generally the employer not the employee (see instruc tions) For any part of this work that was made for hire check Yes  in the space prov ded g ve the employer (or other person for whom the work was prepared) as Author of that part and lea e the space for dates of b rth and death blank

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is Yes  see questions instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is Yes  see questions instruct ons

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given a Year in all cases
2002

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published b
Month ▶ December   Day ▶ 5   Year ▶ 2002
U.S.   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

The SCO Group  Inc
355 South 520 West  Suite 100
Lindon  Utah 84042 USA

See nstructions before completing th s space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
**JUN 1 1 2003**
ONE DEPOSIT RECEIVED
**JUN 1 1 2003**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5 9) on the re erse side of th s page
See detailed nstructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give **Previous Registration Number** ▶ TXu 300 346    **Year of Registration** ▶ 1987

**6** **DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Unix System V Release 4 (which was built on prior releases) SCO UnixWare 7 x (which was built on prior releases)

See instructions before completing this space

**b** Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Revised computer program

**7** **a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼    Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Wesley L Austin MADSON & METCALF
15 W South Temple #900
Salt Lake City UT 84101

Area code and daytime telephone number ▶ 801 537 1700    Fax number ▶ 801 537 1799
Email ▶ info@mmlaw com

**8** **CERTIFICATION** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of The SCO Group
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Wesley L Austin    Date ▶ May 29 2003

Handwritten signature (X) ▼
X _Wesley L Austin_

**9**
Certificate will be mailed in window envelope to this address

| Name ▼ |
|---|
| Wesley L Austin MADSON & METCALF |
| Number/Street/Apt ▼ |
| 15 W South Temple #900 |
| City/State/ZIP ▼ |
| Salt Lake City UT 84101 |

YOU MUST
Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change For current fees check the Copyright Office website at www copyright gov write the Copyright Office or call (202) 707-3000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev June 2002—20 000 Web Rev June 2002 ⊕ Printed on recycled paper    U S Government Printing Office 2000-461 113/20 021

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Marie Strong*

Acting United States Register of Copyrights and Director

May 09, 2019
_____

Date of Recordation

9969                         722
_____

Volume                    Doc. No.

V9969 D722 P1

## INTELLECTUAL PROPERTY RIGHTS ASSIGNMENT

This Intellectual Property Assignment Agreement dated as of this _____ day of April, 2011 ("Assignment") by and between The SCO Group, Inc. (referred to herein as ("Assignor"), a corporation of the State of Delaware, with its place of business at 333 South 520 West, Suite 170, Lindon, Utah 84042-1911, and unXis, Inc., a Delaware corporation with its place of business at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19807 ("Assignee").

Assignor and Assignee are parties to that certain Asset Purchase Agreement dated as of January 19, 2011 (the "Purchase Agreement"), pursuant to which Assignor has agreed to assign such Intellectual Property to Assignee subject to the terms and conditions set forth herein. Assignor wishes to assign and Assignee wishes to acquire such Intellectual Property. Capitalized terms used and not defined herein shall have the meanings ascribed to such terms in the Purchase Agreement.

Each of Assignor and Assignee, in consideration of the mutual promises contained in this Assignment, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, intending to be legally bound hereby, agrees as follows:

1.    Definitions.  Except as otherwise provided herein, all capitalized terms contained and not defined herein (including the recitals hereto) shall have herein the respective meanings ascribed to them in the Purchase Agreement.

2.    Assignment of Intellectual Property.  Assignor hereby irrevocably sells, transfers, conveys, assigns and sets over to Assignee, on a worldwide basis, all of Assignor's rights, title, and interests in and to the Intellectual Property, and Assignor reserves no rights in any such Intellectual Property (except as expressly set forth in the Purchase Agreement).

3.    Recordation.  Assignor authorizes the Register of Copyrights of the United States, the United States Patent and Trademark Office, and any Official of any country or countries foreign to the United States whose duty it is to receive or register copyrights, patents, trademarks or applications therefor, as applicable, to record Assignee as the owner of the Intellectual Property and to issue all registrations for said Intellectual Property, to be in the name of Assignee, as assignee of the Intellectual Property, for the sole use of Assignee in accordance with the terms of this Assignment.

4.    Governing Law.  This Assignment is made under, and shall be construed and enforced in accordance with, the laws of the State of Delaware.

*[Signatures continued on following page]*

V9969 D722 P2

**IN WITNESS WHEREOF,** the parties accept this Assignment and have caused this Assignment to be executed and delivered on its behalf as of the date first stated above.

**ASSIGNOR:**

**SCO GROUP, INC.**

By:      *Edward Cahn*

Edward Cahn, solely in his capacity as
Chapter 11 Trustee for The SCO Group, Inc.
and SCO Operations, Inc.

**ASSIGNEE:**

UNXIS, INC.

By:      _____

Name: Richard Bolandz
Title:   Chief Executive Officer

*[Signature Page to Intellectual Property Rights Assignment]*

**IN WITNESS WHEREOF,** the parties accept this Assignment and have caused this Assignment to be executed and delivered on its behalf as of the date first stated above.

**ASSIGNOR:**

**SCO GROUP, INC.**

By: _____

Edward Cahn, solely in his capacity as
Chapter 11 Trustee for The SCO Group,
Inc. and SCO Operations, Inc.

**ASSIGNEE:**

UNXIS, INC.

By:

Name: Richard Bolandz
Title:   Chief Executive Officer

V9969 D722 P4

## SCHEDULE "A" TO INTELLECTUAL PROPERTY RIGHTS ASSIGNMENT

### U.S. Trademark Registrations:

**[All trademark registrations owned by The SCO Group, Inc. unless otherwise indicated]**

| | | | | |
|---|---|---|---|---|
| OPENSERVER | UNITED STATES | REGISTERED | 3,418,266 | 04-Apr-08 |
| SCOSOURCE | UNITED STATES | REGISTERED | 3,180,678 | 05-Dec-06 |
| SCO | UNITED STATES | REGISTERED | 1,578,766 | 23-Jan-90 |
| SCO and Tree Design | UNITED STATES | REGISTERED | 2,064,732 | 27-May-97 |
|  | UNITED STATES | REGISTERED | 3,456,764 | 01-July-08 |
| CALDERA | UNITED STATES | REGISTERED | 2,061,968 | 13-May-97 |

### Foreign Trademark Registrations[1]:

| | COUNTRY | FILING DATE | APP NO. | | | |
|---|---|---|---|---|---|---|
| OPENSERVER | EUROPEAN UNION (CTM) | 19-Apr-06 | 5026241 | PENDING | | |
| OPENSERVER | AUSTRALIA | 31-May-06 | 1116813 | PENDING | | |
| OPENSERVER | CHINA | | | PENDING | | |
| OPENSERVER | INDIA | | | PENDING | | |
| OPENSERVER | MEXICO | | | PENDING | | |
| OPENSERVER | BRAZIL | | | PENDING | | |
| SCO (Class 9) | ARGENTINA | 26-Sep-91 | 1,817,974 | REGISTERED | 1472693 | 30-Sep-93 |
| SCO (Class 9) | AUSTRALIA | 05-Sep-91 | 563112 | REGISTERED | 563112 | 06-Oct-94 |

---

[1] Foreign trademarks and services marks subject to review and confirmation by foreign counsel.

V9969 D722 P5

| | | | | | | |
|---|---|---|---|---|---|---|
| SCO | BENELUX | 08-Feb-90 | 741099 | REGISTERED | 472347 | 08-Feb-90 |
| SCO (Class 9) | BRAZIL | 27-Nov-92 | 816968500 | REGISTERED | 816968500 | 22-Mar-94 |
| SCO | CANADA | 10-Sep-91 | 688910 | REGISTERED | 411425 | 23-Apr-93 |
| SCO (Class 9) | CHINA | 13-Jan-93 | 93002964 | REGISTERED | 684502 | 07-Apr-94 |
| SCO | DENMARK | 11-Sep-91 | 6499 1991 SCO | REGISTERED | 10.006-1992 | 30-Oct-92 |
| SCO | FINLAND | 05-Sep-91 | 4196/91 | REGISTERED | 123767 | 21-Dec-92 |
| SCO (Class 9) | FRANCE | 09-Sep-91 | 307101 | REGISTERED | 1692453 | 09-Sep-91 |
| SCO (Classes 9 and 42) | FRANCE | 13-Mar-87 | 844624 | REGISTERED | 1398504 | |
| SCO | GERMANY | 01-Mar-90 | N/A | REGISTERED | 1 186 634 | 15-Jan-93 |
| SCO (Classes 42 and 9) | UNITED KINGDOM | 17-Sep-91 | 1477303 | REGISTERED | 1477303 | 05-Feb-93 |
| SCO (Class 9) | HONG KONG | 11-Sep-91 | 6689/91 and 6690/91 | REGISTERED | 199300879AA | 04-Mar-93 |
| SCO | INTERNATIONAL | 15-Jul-87 | n/a | REGISTERED | 516 330 | 15-Jul-87 |
| SCO | IRELAND | 05-Sep-91 | 91/4542 | REGISTERED | 146285 | 20-Jan-94 |
| SCO | ITALY | 10-Sep-91 | RM91C003196 | REGISTERED | 615327 | 02-Mar-94 |
| SCO (Class 9) | JAPAN | 07-Mar-91 | 23992/1991 | REGISTERED | 2610962 | 24-Dec-93 |
| SCO (Class 9) | MEXICO | 14-Mar-91 | 108786 | REGISTERED | 399947 | 26-Sep-91 |
| SCO (Class 9) | NEW ZEALAND | 06-Sep-91 | 212704 | REGISTERED | 212704 | 09-Feb-96 |
| SCO | NORWAY | 06-Sep-91 | 91/4524 | REGISTERED | 154.571 | 14-Jan-93 |
| SCO (Class 9) | PORTUGAL | 12-Nov-91 | 278.165 | REGISTERED | 278.165 | 17-Aug-93 |
| SCO | SOUTH KOREA | 10-Sep-91 | 26322/91 | REGISTERED | 258794 | 23-Feb-93 |
| SCO | SPAIN | 20-Feb-90 | 1550163 | REGISTERED | 1550163 | 06-Apr-92 |
| SCO | SWEDEN | 06-Sep-91 | 91-07618 | REGISTERED | 249102 | 14-May-93 |
| SCO | SWITZERLAND | 05-Sep-91 | 6145-1991.4 | REGISTERED | 392.642 | 20-Jul-92 |

133091.01600/12077918v 2

| | | | | | | |
|---|---|---|---|---|---|---|
| SCO (Taiwan Class 72) | TAIWAN | 06-May-91 | 80019453 | REGISTERED | 548772 | 16-Jan-92 |
| SCO (Taiwan Class 49) | TAIWAN | 06-May-91 | 80019452 | REGISTERED | 538736 | 16-Oct-91 |
| SCO | FEDERATION OF RUSSIA | 09-Oct-91 | 143821 | REGISTERED | 109157 | 22-Dec-92 |
| SCO (Class 9 and 16) | CHILE | 10-Sep-91 | 187.229 | REGISTERED | 630.565 | 17-May-92 |
| SCO and Tree Design | AUSTRALIA | 15-Feb-96 | 702508 | REGISTERED | 702508 | 18-Apr-97 |
| SCO and Tree Design | BENELUX | 14-Feb-96 | 865273 | REGISTERED | 587243 | 14-Feb-96 |
| SCO and Tree Design | BRAZIL | 26-Aug-96 | 819433667 | REGISTERED | 819433667 | 30-Mar-99 |
| SCO and Tree Design | CANADA | 16-Feb-96 | 804662 | REGISTERED | 475359 | 29-Apr-97 |
| SCO and Tree Design | CHINA | 27-Mar-96 | 960040644 | REGISTERED | 1065879 | 28-Jul-97 |
| SCO and Tree Design | EUROPEAN UNION (CTM) | 01-Apr-96 | 183129 | REGISTERED | 183129 | 18-Jan-99 |
| SCO and Tree Design | HONG KONG | 24-Feb-96 | 2253/96 | REGISTERED | 199705080 | 06-May-97 |
| SCO and Tree Design | MEXICO | 20-Feb-96 | 254919 | REGISTERED | 660016 | |
| SCO and Tree Design | SOUTH KOREA | 16-Feb-96 | 1996-6058 | REGISTERED | 380641 | 01-Nov-97 |
| SCO and Tree Design | TAIWAN | 14-Mar-96 | 85011915 | REGISTERED | 753030 | 16-Mar-97 |
| SCO (Class 9) | BANGLADESH | 30-Sep-91 | 33554 | REGISTERED | 33554 | |
| SCO (Class 9) | UNITED KINGDOM | 17-Sep-91 | 1477302 | REGISTERED | 1477302 | |
| SCO | EUROPEAN UNION (CTM) | 15-Mar-10 | 008953713 | REGISTERED | 008953713 | 02-Sep-10 |
| OPENLINUX | EUROPEAN UNION (CTM) | 01-Oct-99 | 1335322 | REGISTERED | 1335322 | |
| SCO & TREE DESIGN (new | EUROPEAN | 07-Dec-07 | 006493341 | REGISTERED | 006493341 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| logo) | UNION (CTM) | | | | 1 | |
| SCO & TREE DESIGN (new logo) | CANADA | 07-Dec-07 | 1375309 | PENDING | | |
| SCO & TREE DESIGN (new logo) | JAPAN | 07-Dec-07 | 2007-122127 | REGISTERED | 5204888 | |
| SCO & TREE DESIGN (new logo) | AUSTRALIA | 07-Dec-07 | 1214418 | REGISTERED | 1214418 | |

**U. S. Copyright Registrations:**

The following copyright registrations, except to the extent incorporating any Excluded Assets:

| | | | | |
|---|---|---|---|---|
| SCO OpenServer : release 5.0.5 | SCO Group, Inc. | TX 6-008-305 | 8/31/2004 | Registered |
| UNIX system V : release 3.0 | The SCO Group, Inc. | TX 5-750-270 | 7/7/2003 | Registered |
| UNIX system V : release 3.1 | The SCO Group, Inc. | TX 5-750-269 | 7/7/2003 | Registered |
| UNIX system V : release 3.2 | The SCO Group, Inc. | TX 5-750-271 | 7/7/2003 | Registered |
| UNIX system V : release 3.2/386 | The SCO Group, Inc. | TX 5-750-268 | 7/7/2003 | Registered |
| UNIX system V : release 4.0 | The SCO Group, Inc. | TX 5-776-217 | 7/16/2003 | Registered |
| UNIX system V : release 4.1 | The SCO Group, Inc. | TX 5-762-234 | 7/3/2003 | Registered |
| UNIX system V, release 4.1ES | The SCO Group, Inc. | TX 5-705-356 | 6/30/2003 | Registered |
| UNIX system V : release 4.2 | The SCO Group, Inc. | TX 5-762-235 | 7/3/2003 | Registered |
| UNIX System V release 4.2MP | The SCO Group, Inc. | TX 5-972-097 | 6/29/2004 | Registered |
| UnixWare 7.1.3 | SCO Group, Inc. | TX 5-787-679 | 6/11/2003 | Registered |

V9969 D722 P8

**Domain Name Registrations:**

|  |  |  |  |
|---|---|---|---|
| meincsales.org | The SCO Group | 2/27/2006 | 2/27/2011 |
| meincsalesagent.com | The SCO Group | 2/27/2006 | 2/27/2011 |
| projectmonterey.com | The SCO Group | 3/24/1999 | 3/24/2011 |
| scomobile.com | The SCO Group | 4/1/2005 | 4/1/2011 |
| mobilets.net | The SCO Group | 4/1/2005 | 4/1/2011 |
| calderasystems.com | The SCO Group | 8/13/1998 | 8/12/2011 |
| thescogroup.com | The SCO Group | 8/19/2002 | 8/19/2011 |
| sco.com | The SCO Group | 9/3/1987 | 9/2/2011 |

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

Acting United States Register of Copyrights and Director

May 09, 2019

Date of Recordation

9972                              241

Volume                           Doc. No.



**Form DCS** (Document Cover Sheet)
For Recordation of Documents under 17 U.S.C. §205

**UNITED STATES COPYRIGHT OFFICE**

| | |
|---|---|
| Electronic Title List Enclosed ☐ | |
| Declaration of Ownership in a Musical Work (DOMW) ☐ | |
| *If DOMW is checked, an electronic title list must be enclosed and "Electronic Title List Enclosed" must also be checked.* | |

**Privacy Act Notice:** Sections 205 and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information (PII) requested on this form. PII is any personal information that can be used to identify, contact, or trace an individual, such as names, addresses, and telephone numbers. By providing this information, you are agreeing to the routine use of it to establish and maintain a public record, which includes appearing in the Office's paper and online public records and indexes, including the Office's online catalog, and in search reports prepared for the public. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**DO NOT WRITE IN THIS BOX**

Volume _9972_   Document _341_ ✓

SR# _1-7719622041_

MAY 09 2019

Date of recordation  M _____  D _____  Y _____

*(ASSIGNED BY THE COPYRIGHT OFFICE)*

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Send to:** *Library of Congress, Copyright Office—DOC, LM 433, 101 Independence Avenue SE, Washington, DC 20559-6000*

*If submitting a DOMW, send to: Copyright Office—DOMW, P.O. Box 71537, Washington, DC 20024-1537*

To the Register of Copyrights: *Please record the accompanying document.*

**IMPORTANT:** *Please read all instructions for completing this form. If you have enclosed an electronic title list or if your document is a Declaration of Ownership in a Musical Work (DOMW), check the appropriate box(es) on the top of this page.*

**1** Title of first work provided in document

SCO OpenServer: release 5.0.5

**2** Total number of titles in document

11

**3** Page number(s) in document where titles information can be located

Exhibit B attached as second page to Affidavit

**4** Amount of fee calculated

$ 140   *(Fees are to be calculated in accordance with 37 C.F.R. § 201.3(c))*

**5** Fee enclosed

☒ Check   ☐ Money Order

☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**6** Return receipt requested

☒ If checked, please enclose a second completed copy of this form and a self-addressed postage-paid envelope

**7** Redacted document

☐ Check if document is redacted

☐ Check if a written justification for redacted material not enumerated in 37 C.F.R. § 201.4(d)(4)(i) is enclosed

**8** English translation

☐ Check if an English translation of non-English material is enclosed

FORM DCS

LC COPYRIGHT

0 049 626 363 7

**9** Document type

*(Check the one that best describes the document.)*

☐ Assignment   ☐ Exclusive License   ☐ Non-Exclusive License
☐ Change of Address   ☐ Mortgage or Security Agreement
☐ Affidavit/Declaration/Certification   ☐ Court Order   ☐ Will
☒ Change of Name (*e.g.*, via merger agreement, amendment to articles of incorporation)
☐ Other_____

**10** Document's Date of Execution

01/31/2013

**11** Party Information

*(Provide the names of all parties to the document and the nature of their respective relationships to the document, including which party, if any, is the current copyright owner of the works to which the document pertains. A mailing address must also be provided if submitting a DOMW and may be voluntarily provided for all other documents. If more space is needed, attach an additional sheet.)*

Name  Unxis, Inc.

Relationship  Former Name

Number/Street  2711 Centerville Road   Apt/Suite  170

City  Wilmington   State  DE   Zip  19806

Name  Xinuos, Inc.

Relationship  New Amended Name

Number/Street  1911 Addison Street   Apt/Suite  203

City  Berkeley   State  CA   Zip  94704

☐ List continued on an attached additional sheet

**12** Remitter Information and Certifications

*(You, the individual actually submitting this form and the attached document to the Copyright Office, provide your contact information and make the required remitter certifications by signing your name. The Office may use this information to contact you about the submission and will send the certificate of recordation to the provided address if the document is successfully recorded.)*

*I certify under penalty of perjury under the laws of the United States of America that I have been given appropriate authority to submit this cover sheet, accompanying document, and any other enclosed materials to the U.S. Copyright Office for recordation, and all information I have submitted is true, accurate, and complete to the best of my knowledge.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature  *Alexandra Vaccaro*   Date  5/2/19

Name  Alexandra Vaccaro

Title/Organization  GOODWIN PROCTER LLP

Number/Street  620 Eighth Avenue   Apt/Suite

City  New York   State  NY   Zip  10018

Phone number  212-813-8800   Fax number  212-355-3333

Email  NY-TM-Admin@goodwinprocter.com; avaccaro@goodwinlaw.com

If you are not a party to the document, describe your relationship to the document or the original parties to the document (*e.g.*, duly authorized agent of a party, successor-in-interest to a party, duly authorized agent of a successor-in-interest to a party).

Duly authorized agent and attorney for Xinuos, Inc.

_____

_____

**13** Document Certifications

*(These certifications can be made either by the remitter identified on the previous page or another individual.)*

☒ Original document enclosed          ☐ Official certification enclosed

*I certify under penalty of perjury under the laws of the United States of America that the following is true and correct: (Check the box next to each certification being made. The first is always required. The second is required if an original document or official certification is not enclosed. If a different individual is making each one, complete and attach an additional copy of this page.)*

☒ *The accompanying document being submitted to the U.S. Copyright Office for recordation satisfies, to the best of my knowledge, the signature, completeness, legibility, and, if redacted, redaction requirements for recordation as specified in 37 C.F.R. § 201.4.*

☐ *The accompanying document being submitted to the U.S. Copyright Office for recordation is, to the best of my knowledge, a true and correct copy of the original, signed document.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature  *Alexandra Vaccaro*          Date  5/2/19

Certifier Information

*(This information is only required if an individual other than the remitter identified on the previous page is making the above certifications.)*

Name  Alexandra Vaccaro

Title/Organization  GOODWIN PROCTER LLP

If the certifier is not a party to the document, describe the certifier's relationship to the document or the original parties to the document (*e.g.*, duly authorized agent of a party, successor-in-interest to a party, duly authorized agent of a successor-in-interest to a party).

Duly authorized agent  of and attorney for Xinuos, Inc.

## AFFIDAVIT

Attached as Exhibit A is a certified copy of the Certificate of Amendment of Certificate of Incorporation changing the name of UnXis, Inc. to Xinuos, Inc.

Attached as Exhibit B is a list of copyrights against which it is requested that the amendment be recorded.

A Cover Sheet and the required fee accompany this Affidavit.

Dated: 4/24/2019

By: _____

Name: Jeremy J Morel-Orchard

Title: Cheif Operating Officer

State of _____ )

                                        ss:

County of _____ )

Sworn to before me this _____ day of _____, 2019

_____
Notary Public
(stamp and seal)

\* Please see attached state of California Jurat form.

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**         GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

_____     _____
*Signature of Document Signer No. 1*      *Signature of Document Signer No. 2 (if any)*

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of *Alameda*

**MAYA ARECHIGA**
Notary Public – California
Contra Costa County
Commission # 2209416
My Comm. Expires Sep 7, 2021

*Seal*
*Place Notary Seal Above*

Subscribed and sworn to (or affirmed) before me

on this 24th day of *April*, 20 19,
         *Date*    *Month*    *Year*

by

(1) *Jeremy James Morel Orchard*

(and (2) _____ ),
          *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature *Maye Arechiga* _____
        *Signature of Notary Public*

---

━━━━━━━━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━━━━━━━━
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: *Affidavit* _____   Document Date: _____
Number of Pages: _____   Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

# EXHIBIT A



# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF AMENDMENT OF "UNXIS, INC.", CHANGING
ITS NAME FROM "UNXIS, INC." TO "XINUOS, INC.", FILED IN THIS
OFFICE ON THE FIRST DAY OF FEBRUARY, A.D. 2013, AT 1:18 O`CLOCK
P.M.



Jeffrey W. Bullock, Secretary of State

4698278  8100
SR# 20193051223

Authentication: 202687484
Date: 04-22-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:18 PM 02/01/2013*
*FILED 01:18 PM 02/01/2013*
*SRV 130120281 - 4698278 FILE*

# STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT
## OF CERTIFICATE OF INCORPORATION

The corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware does hereby certify:

**FIRST**: That at a meeting of the Board of Directors of

UNXIS, INC.

resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said corporation, declaring said amendment to be advisable and calling a meeting of the stockholders of said corporation for consideration thereof. The resolution setting forth the proposed amendment is as follows:

**RESOLVED**, that the Certificate of Incorporation of this corporation be amended by changing the Article thereof numbered "_____ 1 _____" so that, as amended, said Article shall be and read as follows:

1. The name of the corporation is XINUOS, Inc.(hereinafter called the Corporation").

**SECOND**: That thereafter, pursuant to resolution of its Board of Directors, a special meeting of the stockholders of said corporation was duly called and held upon notice in accordance with Section 222 of the General Corporation Law of the State of Delaware at which meeting the necessary number of shares as required by statute were voted in favor of the amendment.

**THIRD**: That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

**IN WITNESS WHEREOF**, said corporation has caused this certificate to be signed this 31st _____ day of January _____, 20 13 _____.

By: _____
                        Authorized Officer

Title: CEO _____

Name: Richard A. Bolandz _____
                        Print or Type

# EXHIBIT B

List of Copyrights

| Title | Reg. No. | Reg. Date |
|-------|----------|-----------|
| SCO OpenServer : release 5.0.5 | TX 6-008-305 | 8/31/2004 |
| UNIX system V : release 3.0 | TX 5-750-270 | 7/7/2003 |
| UNIX system V : release 3.1 | TX 5-750-269 | 7/7/2003 |
| UNIX system V : release 3.2 | TX 5-750-271 | 7/7/2003 |
| UNIX system V : release 3.2/386 | TX 5-750-268 | 7/7/2003 |
| UNIX system V : release 4.0 | TX 5-776-217 | 7/16/2003 |
| UNIX system V : release 4.1 | TX 5-762-234 | 7/3/2003 |
| UNIX system V, release 4.1ES | TX 5-705-356 | 6/30/2003 |
| UNIX system V : release 4.2 | TX 5-762-235 | 7/3/2003 |
| UNIX System V release 4.2MP | TX 5-972-097 | 6/29/2004 |
| UnixWare 7.1.3 | TX 5-787-679 | 6/11/2003 |