# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-214-732**
**Effective Date of Registration:**
August 28, 2020
**Registration Decision Date:**
August 31, 2020



## Title

Title of Work: Gemini 64 Source Code, Version 1

## Completion/Publication

Year of Completion: 1999

## Author

- Author: Santa Cruz Operation, Inc.
  Author Created: computer program
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Xinuos, Inc.
6501 Red Hook Plaza, Suite 201-529, St. Thomas, 00802, U.S. Virgin Islands
Transfer statement: By written agreement

## Rights and Permissions

Organization Name: Xinuos, Inc.
Name: Sean Snyder
Email: sean@xinuos.com
Telephone: 5104007081
Address: 6501 Red Hook Plaza, Suite 201-529
St. Thomas 00802 U.S. Virgin Islands

## Certification

Name: Alison Field

Date: August 28, 2020