# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**
**TXu 2-214-620**
**Effective Date of Registration:**
August 28, 2020
**Registration Decision Date:**
August 28, 2020

## Title

        Title of Work: Project Monterey Source Code, Version 1

## Completion/Publication

    Year of Completion: 1999

## Author

            Author: Santa Cruz Operation, Inc.
     Author Created: computer program
  Work made for hire: Yes
       Domiciled in: United States

## Copyright Claimant

  Copyright Claimant: Xinuos, Inc.
                       6501 Red Hook Plaza, Suite 201-529, St. Thomas, 00802, U.S. Virgin Islands
  Transfer statement: By written agreement

## Rights and Permissions

  Organization Name: Xinuos, Inc.
              Name: Sean Snyder
             Email: sean@xinuos.com
        Telephone: 5104007081
          Address: 6501 Red Hook Plaza, Suite 201-529
                       St. Thomas 00802 U.S. Virgin Islands

## Certification

              Name: Alison Field

Date: August 28, 2020

Correspondence: Yes