## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| XINUOS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORP. and RED HAT, INC.<br><br>    Defendants. | CASE NO: |

### PLAINTIFF XINUOS, INC.'S DISCLOSURE STATEMENT

Plaintiff Xinuos, Inc., ("Xinuos") by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits its Disclosure Statement as follows:

Xinuos, Inc. is a U.S. Virgin Islands limited liability company. Xinuos has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated:   March 30, 2021

By:  */s/ J. Daryl Dodson*
     J. Daryl Dodson, Esq.
     V.I. Bar No. 241
     Moore, Dodson & Russell, P.C.
     5035 Norre Gade, Suite 201
     P.O. Box 310
     Charlotte Amalie, St. Thomas
     U.S. Virgin Islands 00804-0310

     Counsel for Plaintiff Xinuos, Inc.