## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| XINUOS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-0031 |
| ) | |
| INTERNATIONAL BUSINESS MACHINES ) | |
| CORP. and RED HAT, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**APPEARANCES:**

**Gabriel M. Ramsey, Esq.**
**Jacob S. Canter, Esq.**
**Kayvan Ghaffari, Esq.**
**Warrington S. Parker, Esq.**
Crowell & Moring LLP
San Francisco, CA
    *For Plaintiff Xinuos, Inc.,*

**Mark A. Klapow, Esq.**
Crowell & Moring LLP
Washington, D.C.
    *For Plaintiff Xinuos, Inc.,*

**J. Daryl Dodson, Esq.**
Moore, Dodson, and Russel
St. Thomas, U.S.V.I.
    *For Plaintiff Xinuos Inc.,*

**Adam Wolfson, Esq.**
QuinnEmanuel Urquhart & Sullivan LLP
Los Angeles, CA
    *For Defendants International Business Machines Corporation and Red Hat, Inc.,*

**Alexander Rudis, Esq.**
QuinnEmanuel Urquhart & Sullivan LLP
New York, NY
    *For Defendants International Business Machines Corporation and Red Hat, Inc.,*

*Xinuos, Inc. v. International Business Machines Corp. et al.*
Case No. 3:21-cv-0031
Order
Page 2 of 2

**David A. Nelson, Esq.**
QuinnEmanuel Urquhart & Sullivan LLP
Chicago, IL
*For Defendants International Business Machines Corporation and Red Hat, Inc.,*

**Debra D. Bernstein, Esq.**
QuinnEmanuel Urquhart & Sullivan LLP
Atlanta, GA
*For Defendants International Business Machines Corporation and Red Hat, Inc.,*

**Stefan B. Herpel, Esq.**
Dudley Newman Feuerzeig LLLP
St. Croix, U.S.V.I.
*For Defendants International Business Machines Corporation and Red Hat, Inc.*

# ORDER

**BEFORE THE COURT** is Defendants International Business Machines ("IBM") and Red Hat, Inc.'s ("Red Hat") (Collectively known as "Defendants") Motion for Transfer of Venue filed on June 7, 2021. (ECF No. 41.) Plaintiff Xinuos filed a response on July 28, 2021, ECF No. 51, to which Defendants filed a reply on August 11, 2021. (ECF No. 56.). For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that Defendants' Motion to Transfer Venue, ECF No. 41, is **GRANTED;** it is further

**ORDERED** that the Clerk of Court shall **TRANSFER** this case to the **United States District Court for the Southern District of New York**; it is further

**ORDERED** that following transfer, the Clerk of Court shall **CLOSE** this case.

**Dated:** November 14, 2022      /s/ *Robert A. Molloy*
                                 **ROBERT A. MOLLOY**
                                 **Chief Judge**